# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1359 |
| § | |
| **CIRCLE R & R, INC.; dba CJ'S PACKET** § | |
| **ICEHOUSE & GRILL,** *et al,* § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion for Default Judgment (Doc. No. 12), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On February 11, 2019, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion for Default Judgment (Doc. No. 16), recommending that the Motion for Default be granted and that Plaintiff be awarded $18,000.00 in damages and $1,000 in attorney's fees. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Default Judgment (Doc. No. 12) is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff J&J Sports Productions, Inc. is awarded damages in the amount of $18,000.00.

**IT IS FURTHER ORDERED** that Plaintiff J&J Sports Productions, Inc. is awarded attorney's fees in the amount of $1,000.00.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth above, final judgment is hereby **ENTERED** for Plaintiff J&J Sports Productions, Inc.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 26 day of February, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE